# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Deborah Harmon,

    Plaintiff(s),

v.

    Case No. 1:03cv169

    (Judge Michael H. Watson)

Lonnie L. Grizzel, et al.,

    Defendant(s).

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed May 27, 2005 (Doc. 55).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's oral motion for leave to amend the complaint is denied. Default judgment will be entered in favor of Plaintiff against Defendant, Lonnie L. Grizzel, as laid out by the Magistrate's Report and Recommendation, Page 9. This action is closed.

*/s/ Michael H. Watson*
Michael H. Watson
United States District Judge

bac    July 6, 2005